# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. COLEMAN, | 1:08-cv-01161-BAK-GSA HC |
| Petitioner, | ORDER DISMISSING AS MOOT PETITIONER'S MOTION FOR RULING (Doc. 6) |
| v. | |
| DARRELL G. ADAMS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 7, 2008, Petitioner filed the instant petition. (Doc. 1). On October 16, 2008, the Court issued an order dismissing the petition for Petitioner's failure to exhaust his state court remedies. (Doc. 4). The Clerk of the Court entered judgment the same day. (Doc. 5). Subsequently, on October 17, 2008, Petitioner filed a motion for ruling, in which Petitioner essentially requested that the Court issue a ruling on the petition. (Doc. 6).

In light of the fact that the petition had already been dismissed, judgment had been entered, and the case had been closed *before* Petitioner filed the instant motion for ruling, said motion is now moot.

Accordingly, the Court HEREBY ORDERS that Petitioner's motion for ruling (Doc. 6), is DENIED as MOOT.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: __September 9, 2009__ | __/s/ Gary S. Austin__<br>UNITED STATES MAGISTRATE JUDGE |